## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 7 |
| DAVID ANTHONY MILLER, | |
| Debtor(s). | Case No. 19-31377 |

### ORDER

This matter is before the Court *sua sponte*. On February 5, 2020, the Court entered an order closing the above-captioned bankruptcy case. That order was entered in error.

Accordingly, IT IS ORDERED that order closing this case, entered on February 5, 2020, is VACATED.

ENTERED: April 8, 2020

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE-12