**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

---

In re: David Anthony Miller,               Case No. 19-31377

                                           Chapter No. 7

          Debtors                          Judge Laura K. Grandy

---

## <u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE</u>

Charles A. Armgardt hereby files this notice of appearance and request for notice as counsel for Ronald Buch, and Deighan Law LLC d/b/a UpRight Law LLC.


DATED: April 13, 2020                      Respectfully submitted,

                                           <u>/s/*Charles A. Armgardt*</u>
                                           Charles A. Armgardt
                                           Illinois Bar No 6328149
                                           UpRight Law LLC
                                           Of Counsel
                                           79 W Monroe St, 5th Floor
                                           Chicago, IL 60603
                                           (P) (877) 927-5451
                                           carmgardt@uprightlaw.com
                                           Counsel   for   Ronald   Buch,   and
                                           Deighan  Law  LLC  d/b/a  UpRight
                                           Law LLC


## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the foregoing was served upon all counsel of record via CM/ECF filing system and to the debtor listed below via regular first-class mail, proper prepaid postage and deposited at a U.S. Mailbox on or about April 13, 2020:

David Anthony Miller
200 South 4th St
Dupo, IL 62239

                                           <u>/s/*Charles A. Armgardt*</u>
                                           Charles A. Armgardt